**07 CIV 7753**

THOMAS E. WILLOUGHBY (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

[Stamp: AUG 30 2007 U.S.D.C. S.D. N.Y. CASHIERS]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index No.:

DYNAMIC TIRE CORPORATION,

                Plaintiff,

- against -                                      <u>Rule 7.1 Statement</u>

M/V EASLINE TIANJIN, her engines, tackle,
boiler, etc. *in rem*, HYUNDAI MERCHANT
MARINE CO., LTD. and EAS INTERNATIONAL
SHIPPING CO. LTD., *in personam*,

                Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

                Sterling Investment Partners
                GPX International Tire Corporation
                Galaxy tire & Wheel, Inc.

Dated: New York, New York
       August 30, 2007

                            HILL RIVKINS & HAYDEN
                            Attorneys for Plaintiff,

                            By: _____
                            Thomas E. Willoughby (TW4452)
                            45 Broadway, Suite 1500
                            New York, New York 10006
                            (212) 669-0600