# DeOrchis, Wiener & Partners, LLP

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

*Attorneys at Law and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Facsimile: (212) 422-5299
www.marinelex.com

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

**MEMO ENDORSED**

November 5, 2007

Christopher H. Mansuy
cmansuy@marinelex.com

RECEIVED NOV -5 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 11/7/07

<u>VIA FACSIMILE No.</u>: 212-805-7917

Honorable Robert P. Patterson
U.S. District Judge
U.S. District Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Dynamic Tire Corporation v.*
      *Hyundai Merchant Marine Co. Ltd.*
      <u>07 Civ. 7753</u>
      Our file no.: 876-9

Dear Judge Patterson:

We write with regard to the telefax of Messrs. Hill Rivkins & Hayden, LLP dated November 5, 2007. As Your Honor will recall, we represent Hyundai Merchant Marine Co., Ltd. ("HMM") in 07 Civil 3104, one of many consolidated actions involving this accident. In that matter, Your Honor heard HMM's motion to dismiss by reason of the forum selection clause in Fireman's Fund's bill of lading which Your Honor granted and thereafter placed the matter on the Suspense docket until December 31, 2007.

In the Hill Rivkins telefax of today, reference is made to an established schedule in the penultimate paragraph.

Since HMM has not been served with the Complaint in the Dynamic Tire Corporation (07 Civ. 7753) action, we are not certain what schedule plaintiff Dynamic Tire Corporation's counsel refers to. In the event that HMM is served with a Summons and Complaint, HMM will file a motion to dismiss by reason of the forum selection clause in the Dynamic bill of lading requiring all suits to be filed in Seoul, Korea.

Honorable Robert P. Patterson
U.S. District Judge
November 5, 2007
Page -2-

      We recognize that, as we have not appeared in the action, we have no standing to address the Court. But we write to avoid the possibility that the plaintiff's counsel and the Court might misunderstand our intentions in the event that HMM is served.

      Respectfully,

DeORCHIS, WIENER & PARTNERS, LLP

By _____
    Christopher H. Mansuy

CHM:kc
W:\876-9\Letters\Judge Patterson, 11-05-07, Chm.Doc 11/5/07-

cc:

**_VIA FACSIMILE No.: 212-669-0698_**

Hill Rivkins & Hayden
Attorneys for Plaintiff
45 Broadway, Suite 1500
New York, New York 10006
Attention: Thomas E. Willoughby

*Handwritten note:* A conference will be held 1/3/08 at 10 AM
So ordered
Robert Patterson
USDJ
11/7/07