Thomas E. Willoughby (TW4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York, 10006
(212) 669-0600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DYNAMIC TIRE CORPORATION,

        Plaintiff,

- against -

M/V EASLINE TIANJIN, her engines, tackle,
boiler, etc., *in rem*, HYUNDAI MERCHANT
MARINE CO., LTD. and EAS INTERNATIONAL
SHIPPING CO. LTD., *in personam*

        Defendants.
------------------------------------------------------------X

INDEX No.
07 Civ 7753(DAB/RPP)

**NOTICE OF
VOLUNTARY DISMISSAL**

No answer having been filed or appearance made on behalf of defendants, pursuant to Federal Rules of Civil Procedure 41(a)(1), plaintiff hereby voluntarily dismisses this action, without prejudice and without costs, against Defendants, and it is hereby

ORDERED that the same be and hereby is dismissed against the said Defendants without prejudice and without costs.

Dated: New York, New York
January 2, 2008

January 3, 2008
SO ORDERED
[signature]
U.S.D.J.

HILL RIVKINS & HAYDEN
Attorneys for Plaintiff,

By: [signature]
Thomas E. Willoughby (TW4452)
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600